UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY DON WILLIAMS,<br><br>Petitioner,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA COUNTY OF SOLANO,<br><br>Respondent. | No. 2:18-cv-0996 AC P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed a "courtesy notice" regarding habeas proceedings in the California state courts, which was filed as a petition. ECF No. 1. Petitioner's notice also appears to request a stay and abeyance. Id. The grounds for relief outlined in petitioner's attached state petition are the same as those being pursued in Williams v. People of the State of California, 2:17-cv-2627 TLN AC. It appears that petitioner's notice was intended to be filed in that case, and this case was opened in error. Petitioner is reminded that he must put his federal case number on the first page of any filings to ensure they are filed in the proper case.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to file the "petition" (ECF No. 1) in this case in Williams v. People of the State of California, 2:17-cv-2627 TLN AC, as a "Notice and Request for Stay."

1

2. This case is closed.

IT IS SO ORDERED.

DATED: May 3, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE